BARTON, Plaintiff in Error, *vs.* WEATHERBY, Defendant in Error.

*Error to St. Louis Court of Common Pleas.*

*P. C. Morehead*, for plaintiff in error.

GAMBLE, Judge. No question of law arose upon the trial of this cause, in relation to evidence. Instructions were given to the jury, on the law, but at whose instance, does not appear, nor does it appear that either party excepted to them. The judgment is affirmed.